# Court of Appeals
# of the State of Georgia

ATLANTA,   April 27, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1055. MICHAEL R. BARBOUR, JR. v. SUMANDEEP SANGHA et al.

In this medical malpractice, the trial court denied plaintiff Michael Barbour's motion for entry of default judgment against defendant Dr. Sumandeep Sangha and found that the motion lacked substantial justification such that an award of attorney fees under OCGA § 9-15-14 (b) was warranted. Barbour appealed, and this Court affirmed the denial of his motion for entry of default judgment but vacated the trial court's finding that Barbour was liable for fees under OCGA § 9-15-14 (b) and remanded for further proceedings. *Barbour v. Sangha*, 346 Ga. App. 13 (815 SE2d 228) (2018). On remand and after an evidentiary hearing, the trial court awarded Sangha attorney fees pursuant to OCGA § 9-15-14 (b). Barbour then filed this direct appeal. We, however, lack jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Barbour's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988); see also *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841 (560 SE2d 730) (2002). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  *04/27/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

\_\_\_\_\_, *Clerk.* Stephen E. Castlen